UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BOBBIEJO NICHOLS,

       Plaintiff,

Case No. 1:09-CV-1091

v.

Hon. Gordon J. Quist

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

                       /

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was filed on March 19, 2012. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed March 13, 2012 (docket no. 28), is approved and **adopted** as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney Fees (docket no. 23) is **GRANTED in part** and that Defendant pay Plaintiff attorney fees in the amount of **$5,477.81**.

Dated: April 9, 2012

                                                         /s/ Gordon J. Quist
                                                         GORDON J. QUIST
                                                     UNITED STATES DISTRICT JUDGE